**Order entered September 3, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00723-CV

## TRANG PHAN, Appellant

## V.

## SARIKA THARAKAN, Appellee

**On Appeal from the County Court at Law No. 4
Collin County, Texas
Trial Court Cause No. 004-02969-2020**

## ORDER

Before the Court is appellant's September 1, 2021 motion to extend the time to file the clerk's and reporter's records which are currently due September 17. We **GRANT** the motion and extend the time to Monday, October 18, 2021.

/s/     KEN MOLBERG
        JUSTICE